IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV128 |
| | ) | |
| v. | ) | ORDER FOR EXTENSION |
| | ) | OF TIME TO SERVE SUMMONS |
| BARBARA A. SHORTER, et al., | ) | AND COMPLAINT |
| | ) | |
| Defendant(s). | ) | |

Upon the Plaintiff's Motion for Extension of Time to Serve Summons and

Complaint, (filing 7),

IT IS HEREBY ORDERED that Plaintiff is granted 120 days, until November 21,

2005, within which to complete service by publication upon Defendant Frederick G.

Shorter.

BY THE COURT:


s/F.A. GOSSETT
UNITED STATES MAGISTRATE JUDGE